**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>IAN CHRISTOPHER FELT,<br><br>                    Defendant. | Case No.: 22CR1974-RSH<br>             22MJ2739-JLB<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(iii) –<br>Bringing in Aliens Without<br>Presentation (Felony)<br><br>Title 18, U.S.C., Sec. 545 –<br>Importing Merchandise<br>Subject to Seizure (Felony) |

The United States Attorney charges:

<u>Count 1</u>

On or about August 1, 2022, within the Southern District of California, defendant, IAN CHRISTOPHER FELT, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Maria De Jesus Vasquez-Hernandez, had not received prior official authorization to come to, enter and reside in the United States, did bring and attempt to bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

EFB:jrdc:8/13/2022

## Count 2

On or about August 1, 2022, within the Southern District of California, defendant IAN CHRISTOPHER FELT, did knowingly import and bring into the United States from Mexico certain merchandise, to wit, approximately 8.87 grams (approximately 1.95 pounds) of Oxycodone pills, contrary to law, in that defendant did not unload said merchandise for inspection to a Customs and Border Protection Officer (CBP) at the port of entry as required by Title 19, United States Code, Section 1461; in violation of Title 18, United States Code, Section 545.

DATED: __August 13, 2022__.

RANDY S. GROSSMAN
United States Attorney

*Elizabet F. Brown*

ELIZABET F. BROWN
Assistant U.S. Attorney